MCGUIRE v. PEOPLE.

*Evidence — frivolous objection — Cross-examination — in discretion of court.*

On the trial of an indictment for rape, a witness was asked what the prisoner said in the police court when the charge was made by complainant. The witness answered that prisoner made no reply, but C., who was jointly indicted with him, did in his presence, and the witness, in response to a question to which no objection was interposed, told what C. said. Prisoner's counsel then objected to the conversation, but did not state upon what grounds, nor did he ask to have the answer stricken out. *Held*, (1) that the question was competent (*Kelly* v. *People*, 55 N. Y. 565), and, being put and answered without objection, an appeal on the ground of its admission was frivolous.

A cross-examination in immaterial matters *held* to be entirely within the discretion of the trial court.

ERROR to the New York general sessions to review the conviction of Charles McGuire for rape.

*Wm. F. Howe*, for plaintiff in error.

*B. K. Phelps*, for the people.

BARRETT, J.

The head-note states all the points passed upon in the opinion.

*Judgment affirmed.*